# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1586
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Jack Shaw, | * | |
| | * | **[UNPUBLISHED]** |
| Appellant. | * | |

_____

Submitted: August 5, 1998
Filed: August 7, 1998
_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Pursuant to a written plea agreement, Jack Shaw pleaded guilty to conspiring to possess with intent to distribute, and to distribute methamphetamine, in violation of 21 U.S.C. §§ 841 and 846. The district court[1] sentenced Shaw to 136 months imprisonment and four years supervised release. On appeal, Shaw challenges the sentence imposed, arguing that the district court should have granted a downward

---

[1]The HONORABLE WILLIAM R. WILSON, JR., United States District Judge for the Eastern District of Arkansas.

departure based on an "unjustified disparity" between his sentence and the sentences of two codefendants.

After careful review of the record, we agree with the government that the district court's decision to deny Shaw's motion for a downward departure was an unreviewable exercise of discretion.  See United States v. Field, 110 F.3d 587, 591 (8th Cir. 1997) (discretionary decision not to depart from Guidelines is unreviewable on appeal absent unconstitutional motive; court of appeals has jurisdiction to review only where district court's decision not to depart is based on its legally erroneous determination that it lacked authority to consider particular mitigating factor).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.